# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**LARRY BERNARD, SR. AND**
**MONA BERNARD,**
    **Plaintiffs**

**VERSUS**

**PROGRESSIVE WASTE SOLUTIONS OF**
**LA, INC., WASTE CONNECTIONS US, INC.**
**IESA [*sic*] LA LANDFILL CORPORATION,**
**LOUISIANA REGIONAL**
**LANDFILL COMPANY INC., APTIM**
**CORPORATION, AND**
**PARISH OF JEFFERSON,**
    **Defendants.**

**CIVIL ACTION NO.: 2:18-cv-8218**

**SECTION:**_____

**JUDGE:**_____

**MAGISTRATE JUDGE:**_____

## CERTIFICATE OF FILING COPY OF NOTICE OF REMOVAL IN STATE COURT

    I, Michael C. Mims, attorney for removing parties Louisiana Regional Landfill Company, Progressive Waste Solutions of LA, Inc., and IESI LA Landfill Company[1] certify that on August 29, 2018, I filed a true copy of the Notice of Filing of Notice of Removal, dated August 29, 2018, together with a copy of the Notice of Removal dated August 29, 2018, in the office of the Jefferson Parish Clerk of Court, 24th Judicial District Court, at Thomas F. Donelon Courthouse, 200 Derbigny Street, Suite 2400, Gretna, LA 70053.

**[Signatures on following page.]**

---

[1] The caption of Plaintiffs' petition incorrectly names (i) IESI LA Landfill Corporation as IESA LA Landfill Corporation, and (ii) Louisiana Regional Landfill Corporation as Louisiana Regional Landfill Corporation Inc. Further, Progressive Waste Solutions of LA, Inc. and IESI LA Landfill Corporation changed their names to Waste Connections Bayou, Inc. and Louisiana Regional Landfill Company, respectively.

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By:    /s/Michael C. Mims
        David R. Taggart, T.A.
        Louisiana Bar Roll No. 12626

401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Michael C. Mims
Louisiana Bar Roll No. 33991
John B. Stanton
Louisiana Bar Roll No. 36036
1100 Poydras St., Suite 2700
New Orleans, Louisiana 70163
Telephone: (504) 596-6300
Fax: (504) 596-6301

Counsel for Defendants Louisiana Regional Landfill
Company, Progressive Waste Solutions of LA, Inc.,
and IESI LA Landfill Company

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 29th day of August, 2018, served a copy of the foregoing pleading upon all counsel of record and the parties named herein by either serving the counsel through the Court's ECF system, facsimile transmission, email or by placing same in the U. S. mail, postage prepaid and properly addressed to the following:

    Bruce C. Betzer
    Jennifer S. Avallone
    The Law Office of Bruce C. Betzer
    3129 Bore Street
    Metarie, LA 70001

New Orleans, Louisiana this 29th day of August, 2018.

                                 /s/ Michael C. Mims
                                     OF COUNSEL